# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| FREDREKA M. GREEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05CV00043 ERW |
| ) | |
| JO ANNE B. BARNHART, ) | |
| ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court upon the Report and Recommendation of United States Magistrate Judge Lewis M. Blanton pursuant to 28 U.S.C. § 636(b). The Court notes that no objections to the Report and Recommendation have been filed within the time afforded by 28 U.S.C. § 636(b)(1).

Pursuant to 42 U.S.C. § 405(g), a party may seek review of any final decision of the Commissioner of Social Security. Upon review, a district court may remand to the Commissioner, under sentence four of § 405(g).

As detailed in the Report and Recommendation, remand is necessary so that the Administrative Law Judge can reevaluate Plaintiff's residual functional capacity after affording Dr. Kitchens' opinion the appropriate weight, as well as to adduce vocational expert testimony in order to assess how Plaintiff's nonexertional impairments affect her ability to perform jobs in the national economy. Therefore, after consideration of the issues, the Court hereby sustains, adopts and incorporates herein the Magistrate's Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the decision of the Commissioner is **REVERSED**.

The above-styled action is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings in accordance with the Report and Recommendation.

Dated this 28th day of August, 2006.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE